IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO RIVERA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | No. 12-3355 |
| Defendants. | : | |

## ORDER

AND NOW, this **16th** day of **July**, **2013**, upon consideration of Defendants' Motion to Dismiss Case for Lack of Prosecution, and for the reasons stated in the Court's Memorandum dated July 16, 2013, it is hereby **ORDERED** that:

1. The motion (Document No. 14) is **GRANTED**.

2. The claims against all Defendants are **DISMISSED with prejudice**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**